No. 19,664.

THE STATE OF KANSAS, *Appellee,* v. TULIO BATTATORY, *Appellant.*

Appeal from Cherokee district court; EDWARD E. SAPP, judge. Opinion filed December 12, 1914. Affirmed.

*A. L. Majors,* of Columbus, for the appellant.

*John S. Dawson,* attorney-general, and *F. W. Boss,* county attorney, for the appellee.

*Per Curiam:* The questions presented in this case are identical with those presented in the case of *The State v. Shiffler,* ante, p. 618. For the reasons stated in the Shiffler case the judgment of the district court is affirmed.